UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BILLIE JEAN R., | Case No. 2:18-09813-GJS |
| Plaintiff | |
| v. | JUDGMENT |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: March 30, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE