UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE JEAN RUIZ,<br>　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner Of Social Security,<br>　　　Defendant. | Case No.: 2:18-cv-09813-CJC-GJS<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount FIVE THOUSAND DOLLARS ($5,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: June 9, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE